# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Kiya Nebet Bey,
*Ex Rel [Bernadette Ervin]*

        Plaintiff(s),

vs.

Brock & Scott, PLLC, et al,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09-cv-423

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 29, 2011 Order.

Signed: March 29, 2011

Frank G. Johns, Clerk
United States District Court